# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | 1:11-cv-00617-LJO-GBC (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| v. | |
| D. ORTIZ, et al., | Doc. 5 |
| Defendants. | FORTY-FIVE DAY DEADLINE |

On April 18, 2011, Plaintiff Bryan E. Ransom ("Plaintiff"), a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On April 22, 2011, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five days. Doc. 5. Plaintiff did not submit an application to proceed in forma pauperis or pay the filing fee. On July 15, 2011, the Court dismissed this action, as duplicative. Doc. 8. On May 25, 2012, the Ninth Circuit reversed this Court's decision to dismiss the case, as duplicative. Doc. 17. On June 19, 2012, the Ninth Circuit issued the formal mandate to this Court. Doc. 20.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis;

2. Within **forty-five (45) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action; and

3. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

Dated:   July 12, 2012

UNITED STATES MAGISTRATE JUDGE